UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES OF AMERICA,

-v-

ANDREINA DEL CARMEN HERNANDEZ,

Defendant.

25-cr-76-29 (MKV)

ORDER GRANTING REQUEST FOR CONTACT VISITS WITH DEFENDANT'S CHILDREN

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's request to have weekly contact visits with her children, which was transmitted by email to my Chambers on November 13, 2026. Defendant is directed to file her request on the docket under the "selected parties" option. Defendant represents that the Government consents to Defendant's request.

The request is GRANTED, provided that Essex County Correctional Facility may impose reasonable security-related or penologically justified guidelines or limitations on such visits and may suspend such visits on a case-by-case basis if a specific and articulable security concern is presented.

**SO ORDERED.**

**Date: November 16, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**